**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x
KATHY WU AND ON BEHALF OF ALL OTHER
PERSONS SIMILARLY SITUATED

       Plaintiffs,

    - against -

CEC ENTERTAINMENT, INC.

       Defendant.
------------------------------------------x

Case No.: 1:18-CV-07415-RJS

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Confidential Settlement Agreement executed between the parties. Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Date: September 20, 2018

_Dana L. Gottlieb_
Dana L. Gottlieb

**GOTTLIEB & ASSOCIATES**
150 East 18th Street, Suite PHR
New York, NY 10003
Tel: (212) 879-0240
danalgottlieb@aol.com

Attorneys for Plaintiff

SO ORDERED:

_____

Hon. _____

_David A. Deck_
David A. Deck

**CEC ENTERTAINMENT, INC.**
1707 Market Place Blvd, Suite 200
Irving, TX 75063
Tel: (972) 258-4603
ddeck@cecentertainment.com

Attorneys for Defendant

Date: _____

16